Filing # 67643231 E-Filed 02/07/2018 02:32:20 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
HENDRY COUNTY, FLORIDA     CIVIL DIVISION
CASE NO:

MELVIN BALDUF
    Plaintiff,

vs.

JOHN DOE and
WAL-MART STORES, INC. a
Foreign Corporation,
    Defendant.                            /

2:18-cv-504-FtM-99mRon

## COMPLAINT AND JURY TRIAL DEMAND

COMES NOW Plaintiff, MELVIN BALDUF, and sues Defendants, JOHN DOE and WAL-MART STORES, INC., and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Hendry County, Florida.

3. At all times material to this action, Defendant, JOHN DOE, was an employee of Defendant, WAL-MART STORES, INC.

4. At all times material to this action, Defendant, WAL-MART STORES, INC., is a foreign corporation licensed to do business and doing business in Hendry County, Florida.

5. At all times material hereto, the Defendant, WAL-MART STORES, INC., was in possession of that certain business located at 1951 W Hickpochee Ave, Labelle, FL 33935, said business being that of a retail store, open to the general public, including the Plaintiff herein.

6. On or about July 31, 2017, Plaintiff visited Defendant's premises located at the above address as a business invitee.

EXHIBIT A

1

Electronically Filed Hendry Case # 18000066CAAXMX 02/07/2018 02:32:20 PM

## COUNT I-NEGLIGENCE AGAINST JOHN DOE

7. Plaintiff realleges paragraphs 1-6 above as if fully stated herein

8. Defendant JOHN DOE, working as a cashier, owed Plaintiff a reasonable duty of care not to cause harm to Plaintiff while performing his/her duties as a cashier.

9. At said time and place, JOHN DOE breached his/her duty by failing to properly handle a heavy item causing it to fall on Plaintiff's foot causing injury.

10. The above described negligence was the proximate cause of the injury to Plaintiff.

11. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, JOHN DOE, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## COUNT II-VICARIOUS LIABILITY AGAINST WAL-MART

12. Plaintiff realleges paragraphs 1-11 above as if fully stated hererin.

13. Defendant is vicariously liable for the negligent acts of its employees, including JOHN DOE, described herein as they were acting in the scope of their employment, during the course of their employment, and furthering Defendant's purpose as a retail store.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, WAL-MART STORES, INC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## COUNT III-NEGLIGENCE AGAINST WAL-MART

14. Plaintiff realleges paragraphs 1-6 above as if fully stated herein.

15. Defendant owed a duty of reasonable care to Plaintiff in operating its retail store to make sure it has proper policy in place and to properly train its employees on how to handle heavy items at check-out.

16. Defendant breached that duty by failing to put proper policy in place and failing to properly train its employees on how to handle heavy items purchased by its customers.

17. The above described negligence was the proximate cause of the injury to Plaintiff.

18. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, WAL-MART STORES, INC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## JURY TRIAL DEMAND

Plaintiff hereby demands trial by jury for all issues so triable.

**RESPECTFULLY** submitted this ____4th____ day of February, 2018.

/s/ Joshua D. Molandes, Esq.
JOSHUA MOLANDES, ESQUIRE
FBN: 112094
Morgan & Morgan
Post Office Box 9504
Fort Myers, FL 33906
Phone: (239) 433-6880
Attorneys for Plaintiff
E-Mail: jmolandes@forthepeople.com
cyoung@forthepeople.com