UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO: 2:18-CV-00504-UA-MRM

MELVIN BALDUF
    Plaintiff,

vs.

IVETTE RAMOS and
WAL-MART STORES EAST, L.P.,
    Defendant.     /

## AMENDED COMPLAINT AND JURY TRIAL DEMAND

COMES NOW Plaintiff, MELVIN BALDUF, and sues Defendants, IVETTE RAMOS and WAL-MART STORES, INC., and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Hendry County, Florida.

3. At all times material to this action, Defendant, IVETTE RAMOS, was an employee of Defendant, WAL-MART STORES, INC and a resident of Lee County, Florida.

4. At all times material to this action, Defendant, WAL-MART STORES, INC., is a foreign corporation licensed to do business and doing business in Hendry County, Florida.

5. At all times material hereto, the Defendant, WAL-MART STORES, INC., was in possession of that certain business located at 1951 W Hickpochee Ave, Labelle, FL 33935, said business being that of a retail store, open to the general public, including the Plaintiff herein.

6. On or about July 31, 2017, Plaintiff visited Defendant's premises located at the above address as a business invitee.

1

## COUNT I-NEGLIGENCE AGAINST IVETTE RAMOS

7. Plaintiff realleges paragraphs 1-6 above as if fully stated herein

8. Defendant IVETTE RAMOS, working as a cashier for Wal-Mart, owed Plaintiff a reasonable duty of care not to cause harm to Plaintiff while performing her duties as a cashier.

9. At said time and place, IVETTE RAMOS breached her duty by failing to properly handle/bag a heavy item causing it to fall on Plaintiff's foot causing injury.

10. The above described negligence was the proximate cause injury to Plaintiff.

11. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, IVETTE RAMOS, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## COUNT II-VICARIOUS LIABILITY AGAINST WAL-MART

12. Plaintiff realleges paragraphs 1-11 above as if fully stated hererin.

13. Defendant is vicariously liable for the negligent acts of its employees, including IVETTE RAMOS, described herein as she was acting in the scope of her employment, during the course of her employment, and furthering Defendant's purpose as a retail store.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, WAL-MART STORES, INC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

### COUNT III-NEGLIGENCE AGAINST WAL-MART

14. Plaintiff realleges paragraphs 1-6 above as if fully stated herein.

15. Defendant owed a duty of reasonable care to Plaintiff in operating its retail store to make sure it has proper policy in place and to properly train its cashiers, including IVETTE RAMOS, on how to handle heavy items at check-out.

16. Defendant breached that duty by failing to put proper policy in place and failing to properly train its employees on how to handle heavy items purchased by its customers.

17. The above described negligence was the proximate cause of the injury to Plaintiff.

18. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, MELVIN BALDUF, sues the Defendant, WAL-MART STORES, INC., for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## JURY TRIAL DEMAND

Plaintiff hereby demands trial by jury for all issues so triable.

**RESPECTFULLY** submitted this _____ day of July, 2018.

                              /s/ *Joshua D. Molandes, Esq.*
                              JOSHUA MOLANDES, ESQUIRE
                              FBN: 112094
                              Morgan & Morgan
                              Post Office Box 9504
                              Fort Myers, FL 33906
                              Phone: (239) 433-6880
                              Attorneys for Plaintiff
                              E-Mail: jmolandes@forthepeople.com
                                      cyoung@forthepeople.com